# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Beth Bender Beauty, LLC

                                          Plaintiff,

v.                                                               Case No.: 1:23−cv−15123
                                                               Honorable Rebecca R. Pallmeyer

Does 1−174, As Identified in Exhibit 2

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 8, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone conference held. Plaintiff's counsel is present. For the reasons stated on the record, Plaintiff's Ex Parte Motion [7] is granted in part and denied in part: Plaintiff 9;s motion for a Temporary Restraining Order and Asset Restraining Order is denied; Plaintiff's motion for an expedited discovery order and service of process by email is granted. Plaintiff's Motion to Exceed Page Limitation [6] and Plaintiff's Motion for Leave to File Under Seal [5] are both granted. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.