IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Beth Bender Beauty, LLC | Case No.: 23-CV-15123 |
| Plaintiff, | |
| v. | Judge: Hon. Rebecca R. Pallmeyer |
| Does 1-174, As Identified in Exhibit 2, | |
| | Magistrate: Hon. M. David Weisman |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 12, 2024 [DOCKET #20], in favor of Beth Bender Beauty, LLC., ("Beth Bender" or "Plaintiff") and against the Defaulting Defendants in specific amounts per each Defaulting Defendant for willful infringement of Beth Bender Patents in connection with the offer for sale and/or sale of products and Beth Bender acknowledges receipt of damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Doe | Merchant Name | Merchant number |
|---|---|---|
| 22 | Elandy Shop | A1F118IS01825F |
| 61 | MIOBLET | A3JLQ25SY1NVU3 |
| 63 | Onwon | A28O9CKQZW4GJU |
| 65 | PAGOW | A2P1TTVZQF8J2N |
| 89 | XINGGEUS | A3D8IT1H3ETLRI |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

| | |
|---|---|
| Dated this April 19, 2024 | Respectfully submitted,<br>By: /s/ Kevin Keener<br>Kevin J. Keener ARDC # 6296898<br>Keener & Associates, P.C.<br>161 N. Clark Street, Suite #1600<br>Chicago, IL 60601<br>(312) 323-2164<br>kevin.keener@keenerlegal.com |